
FILED
JAN 2 4 2005
L. CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:05-CV-48-FL(1)

| | |
|---|---|
| RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J. K. BATALONA, <br><br>Plaintiffs, <br><br>v. <br><br>BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC., A Delaware Corporation, JUSTIN L. McQUOWN, an individual; and THOMAS POWELL, an individual, <br><br>Defendants. | NOTICE OF APPEARANCE |

Fred F. Fielding, Barbara Van Gelder, Margaret A. Ryan, and Scott M. McCaleb of Wiley Rein & Fielding LLP, 1776 K Street NW, Washington, DC 20006 appear as counsel for Defendants Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. in the above-captioned lawsuit.

1.   Mr. Fielding is a member in good standing of the United States District Court for the District of Columbia;

2.   Ms. Van Gelder is a member in good standing of the United States District Court for the District of Columbia;

Dockets.Justia.com

3. Ms. Ryan is a member in good standing of the United States District Court for the District of Colorado; and

4. Mr. McCaleb is a member in good standing of the United States District Court for the District of Columbia, and

Mr. Fielding, Ms. Van Gelder, Ms. Ryan, and Mr. McCaleb and the firm of Wiley Rein & Fielding LLP appear in association with Mark A. Ash, NC State Bar No. 13967 and Kirk G. Warner, NC State Bar No. 16238, of the law firm Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., P.O. Box 2611, Raleigh, North Carolina 27602-2611, who appear as co-counsel for Defendants Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.

This the 24th day of January, 2005.

WILEY REIN & FIELDING, LLP

By: _____
Fred F. Fielding
D.C. Bar No. 099296
Barbara Van Gelder
D.C. Bar No. 265603
Margaret A. Ryan
CO Bar No. 034687
Scott M. McCaleb
D.C. Bar No. 439925
1776 K Street NW
Washington, DC 20006-2304
(202) 719-7000 (O)
(202) 719-7049 (F)

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: _____
Kirk G. Warner
N.C. State Bar No. 16238
Mark A. Ash
N.C. State Bar No. 13967
P.O. Box 2611
Raleigh, North Carolina 27602
(919) 821-1220
Fax: (919) 821-6800

ATTORNEYS FOR DEFENDANTS
BLACKWATER SECURITY CONSULTING LLC
AND BLACKWATER LODGE AND TRAINING
CENTER, INC.

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause by U.S. Mail, addressed to the following parties:

>David F. Kirby
>William B. Bystrynski
>Kirby & Holt, LLP
>Post Office Box 31665
>Raleigh, North Carolina 27622
>
>Daniel J. Callahan
>Brian J. McCormack
>Marc P. Miles
>Callahan & Blaine, APLC
>3 Hutton Centre Drive, Suite 900
>Santa Ana, California 92707
>*Attorneys for Plaintiff*

This the 24th day of January, 2005.

>_____
>Kirk G. Warner