IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:05-CV-48-FL(1)



FILED
JAN 3 1 2005
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J. K. BATALONA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, JUSTIN L. McQUOWN, an individual; and THOMAS POWELL, an individual,<br><br>　　　　　　Defendants. | MOTION TO DISMISS OF BLACKWATER SECURITY CONSULTING, LLC AND BLACKWATER LODGE AND TRAINING CENTER, INC. |

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendants Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc. ("Blackwater") respectfully submit this Motion To Dismiss.

Plaintiff's Complaint alleges claims arising out of Messrs. Helvenston, Teague, Zovko, and Batalona's ("Decedents") performance of work for Blackwater, a contractor supporting U.S. military operations in Iraq. Such claims are preempted by the Defense Base Act, 42 U.S.C. § 1651 *et seq.*, which provides a comprehensive scheme of compensation and the exclusive remedy for Plaintiff's claims. In addition, the plain language of Decedents' contracts with Blackwater bars the claims raised by Plaintiff. Finally, Plaintiff has not pled fraudulent

inducement of contract with sufficient particularity. The Complaint must therefore be dismissed for failure to state a claim upon which relief can be granted.

In further support of this Motion, Blackwater submits its Memorandum of Law In Support of the Motion To Dismiss.

This the 31st day of January, 2005.

WILEY REIN & FIELDING, LLP

By: _____
Fred F. Fielding
D.C. Bar No. 099296
Margaret A. Ryan
CO Bar No. 034687
1776 K Street NW
Washington, DC 20006
TEL: 202-719-7000
FAX: 202-719-7049

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

By: _____
Kirk G. Warner
N.C. State Bar No. 16238
Mark A. Ash
N.C. State Bar No. 13967
P.O. Box 2611
Raleigh, North Carolina 27602
TEL: 919-821-1220
FAX: 919-821-6800

*Attorneys for Defendants Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause by facsimile and U.S. Mail addressed to the following parties:

        David F. Kirby
        William B. Bystrynski
        Kirby & Holt, LLP
        Post Office Box 31665
        Raleigh, North Carolina 27622

        Daniel J. Callahan
        Brian J. McCormack
        Marc P. Miles
        Callahan & Blaine, APLC
        3 Hutton Centre Drive, Suite 900
        Santa Ana, California 92707
        *Attorneys for Plaintiff*

This the 31st day of January, 2005.

                                            Kirk G. Warner