IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:05-CV-48-FL(1)



FILED
FEB 0 1 2005
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J. K. BATALONA, <br><br> Plaintiff, <br><br> v. <br><br> BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC., A Delaware Corporation, JUSTIN L. McQUOWN, an individual; and THOMAS POWELL, an individual, <br><br> Defendants. | **NOTICE OF APPEARANCE** |

Ralph J. Caccia, William C. Crenshaw and Don R. Berthiaume of Powell Goldstein LLP, 901 New York Avenue, N.W., Third Floor, Washington, DC, 20001, appear as counsel for Defendant Justin L. McQuown in the above-captioned lawsuit.

1. Mr. Caccia is a member in good standing of the United States District Court for the District of Columbia;

2. Mr. Crenshaw is a member in good standing of the United States District Court for the District of Columbia;

3. M. Berthiaume is a member in good standing of the United States District Court for the Southern District of New York; and

Mr. Caccia, Mr. Crenshaw and Mr. Berthiaume and the law firm of Powell Goldstein LLP appear in this action in association with Patricia L. Holland, NC State Bar No. 8816, and

Rachel Esposito, NC State Bar No. 29200, of the law firm Cranfill, Sumner & Hartzog, L.L.P., Post Office Box 27808, Raleigh, North Carolina 27611-7808, all of whom appear as co-counsel for Defendant Justin L. McQuown in this action.

This the 1st day of February, 2005.

Respectfully submitted,

POWELL GOLDSTEIN LLP

By: _____
Ralph J. Caccia
DC Bar No. 412557
William C. Crenshaw
DC Bar No. 968545
Don R. Berthiaume
NY Bar No. 3951449
901 New York Ave., N.W., Third Floor
Washington, D.C. 20001
Phone: 202/624-7380
Fax:   202/624-7222

CRANFILL, SUMNER & HARTZOG, L.L.P.

By: _____
Patricia L. Holland
NC Bar No. 8816
Rachel Esposito
NC Bar No. 29200
Post Office Box 27808
Raleigh, North Carolina  27611-7808
Phone: 919/828-5100
Fax:   919/828-2277
LR 83.1 Counsel

ATTORNEYS FOR JUSTIN L. McQUOWN

1016204 v 1

2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing NOTICE OF APPEARANCE in the above-entitled action on all of the parties to this cause by:

    ____    Hand delivering a copy hereof to the attorney for each said party addressed as follows:

    __X__    Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

    ____    Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

    ____    Telecopying a copy hereof to the attorney for each said party as follows:

| | |
|---|---|
| David F. Kirby, Esq.<br>William B. Bystrynski, Esq.<br>Kirby & Holt, LLP<br>Post Office Box 31665<br>Raleigh, North Carolina 27622<br>*Attorneys for Plaintiff* | Daniel J. Callahan, Esq.<br>Brian J. McCormack, Esq.<br>Marc P. Miles, Esq.<br>Callahan & Blaine, APLC<br>3 Hutton Centre Dr., Ste. 900<br>Santa Ana, California 92707<br>*Attorneys for Plaintiff* |

Fred F. Fielding, Esq.
Margaret A. Ryan, Esq.
WILEY REIN & FIELDING, LLP
1776 K Street NW
Washington, DC 20006

Mark A. Ash, Esq.
Kirk G. Warner, Esq.
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL &
   JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602
*Attorneys for Blackwater Lodge and Training Center, Inc., and Blackwater Security Consulting, LLC*

This the 1st day of February, 2005.

_____
CRANFILL, SUMNER & HARTZOG, L.L.P.

1016204 v 1

3