IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:05-CV-48-FL(1)

FILED
FEB 0 1 2005
US DISTRICT COURT, EDNC
BY ___ DEP. CLK

| | |
|---|---|
| Richard P. Nordan, as Ancillary Administrator for the separate Estates of STEPHEN H. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J. K. BATALONA, <br><br> Plaintiff, <br><br> v. <br><br> BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC. a Delaware Corporation, JUSTIN L. McQUOWN, an individual; and THOMAS POWELL, an individual, <br><br> Defendants. | **DEFENDANT JUSTIN L. McQUOWN'S MOTION TO DISMISS** |

## DEFENDANT, JUSTIN L. MCQUOWN'S, MOTION TO DISMISS

Defendant, Justin L. McQuown, files the following Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure:

1. For the reasons stated in more detail in the attached Memorandum of Law in support of this Motion, the Defense Base Act, 42 U.S.C. §§ 1651 *et seq.* and the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 933, provide the exclusive remedy available to Plaintiff for the claims alleged in the Complaint.

2.	Accordingly, the Complaint fails to state a claim upon which relief can be granted and the action should be dismissed with prejudice.

WHEREFORE, Defendant, Justin L. McQuown, respectfully requests that the Court dismiss this action against him with prejudice.

Dated: February 1, 2005.

Respectfully submitted,

**Powell Goldstein LLP**

_____
Ralph J. Caccia
DC Bar No. 412557
William C. Crenshaw
DC Bar No. 968545
901 New York Ave., N.W.
Third Floor
Washington, D.C. 20001
202-624-7380 (phone)
202-624-7222 (fax)

**Cranfill, Sumner & Hartzog, LLP**

_____
Patricia L. Holland
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 828-2277
State Bar No. 8816
LR 83.1 Counsel

ATTORNEYS FOR JUSTIN L. MCQUOWN

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing MOTION TO DISMISS in the above-entitled action on all of the parties to this cause by:

    ____    Hand delivering a copy hereof to the attorney for each said party addressed as follows:

    __X__    Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

    ____    Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

    ____    Telecopying a copy hereof to the attorney for each said party as follows:

David F. Kirby, Esq.
William B. Bystrynski, Esq.
Kirby & Holt, LLP
Post Office Box 31665
Raleigh, North Carolina  27622
*Attorneys for Plaintiff*

Daniel J. Callahan, Esq.
Brian J. McCormack, Esq.
Marc P. Miles, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Dr., Ste. 900
Santa Ana, California  92707
*Attorneys for Plaintiff*

Fred F. Fielding, Esq.
Margaret A. Ryan, Esq.
WILEY REIN & FIELDING, LLP
1776 K Street NW
Washington, DC  20006

Mark A. Ash, Esq.
Kirk G. Warner, Esq.
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina  27602
*Attorneys for Blackwater Lodge and Training Center, Inc., and Blackwater Security Consulting, LLC*

This the __1st__ day of February, 2005.

_____
CRANFILL, SUMNER & HARTZOG, L.L.P.

3