IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. <u>5:05-CV-48-FL(1)</u>



| | |
|---|---|
| Richard P. Nordan, as Ancillary Administrator for the separate Estates of STEPHEN H. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J. K. BATALONA,<br><br>       Plaintiff<br>    v.<br><br>BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC. a Delaware Corporation, JUSTIN L. McQUOWN, an individual; and THOMAS POWELL, an individual,<br><br>       Defendants. | **RESPONSE TO MOTION TO DISSOLVE *EX PARTE* STATE COURT ORDERS PERMITTING NOTICE OF DEPOSITION** |

<u>**RESPONSE TO MOTION TO DISSOLVE**</u>
<u>***EX PARTE* STATE COURT ORDERS**</u>
<u>**PERMITTING NOTICE OF DEPOSITION**</u>
**(Local Civil Rule 7.1(e), EDNC)**

Defendant, Justin L. McQuown, hereby submits the following Response to the Motion to Dissolve *Ex Parte* State Court Orders Permitting Notice of Deposition filed by Defendants Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc. ("Blackwater").[1]

---

[1] Defendant McQuown files this response in a timely fashion pursuant to Local Civil Rule 7.1(e), EDNC.

The Motion to Dissolve filed by Blackwater seeks to dissolve an *Ex Parte* Order obtained by Plaintiff permitting the service of a Notice of Deposition on John Potter prior to January 28, 2005, as well as an *Ex Parte* Order obtained by Plaintiff commissioning the State Court of Alaska to administer the deposition of Mr. Potter.

As grounds for its Motion to Dissolve, Blackwater contends that (1) the proposed deposition is premature under Rule 26(d) of the Federal Rules of Civil Procedure; and (2) that the Defendants would be prejudiced if discovery is allowed to proceed at this stage of the proceedings.

Defendant McQuown agrees with and supports the Motion to Dissolve filed by Blackwater for the following reasons:

(1) This Defendant respectfully contends that it would be inappropriate for discovery to proceed in this matter until this Court rules on the pending Motions to Dismiss the Complaint filed by *all* Defendants, particularly given the dispositive legal defenses raised in those Motions;

(2) This Defendant respectfully contends that it would be inappropriate for oral or written discovery to commence in this matter until (a) the Rule 26(f) Conference has taken place; (b) a proposed Scheduling Order is submitted to the Court by counsel for the parties; and (c) a Scheduling Order is filed by this Court pursuant to FRCP 16(b); and

(3) This Defendant would be severely prejudiced if Plaintiff is allowed to take Mr. Potter's deposition before the Defendants have had an adequate opportunity to prepare for the deposition, particularly given the fact that based on the allegations in the Complaint the proposed deponent is a significant material witness.

For the above-state reasons, as well as for the reasons set forth in the Motion to Dissolve filed on behalf of Blackwater, Defendant McQuown respectfully requests that the Motion to Dissolve be granted.

Dated: February 3rd, 2005

                                          Respectfully submitted,

                                          **Powell Goldstein LLP**

                                          _____
                                          Ralph J. Caccia
                                          DC Bar No. 412557
                                          William C. Crenshaw
                                          DC Bar No. 968545
                                          901 New York Ave., N.W.
                                          Third Floor
                                          Washington, D.C. 20001
                                          202-624-7380 (phone)
                                          202-624-7222 (fax)

                                          **Cranfill, Sumner & Hartzog, LLP**

                                          _____
                                          Patricia L. Holland
                                          Post Office Box 27808
                                          Raleigh, North Carolina 27611-7808
                                          Telephone: (919) 828-5100
                                          Facsimile: (919) 828-2277
                                          State Bar No. 8816
                                          LR 83.1 Counsel

                            ATTORNEYS FOR JUSTIN L. MCQUOWN

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing RESPONSE TO MOTION TO DISSOLVE *EX PARTE* STATE COURT ORDERS PERMITTING NOTICE OF DEPOSITION in the above-entitled action on all of the parties to this cause by:

    _____    Hand delivering a copy hereof to the attorney for each said party addressed as follows:

    __X__    Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

    _____    Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

    _____    Telecopying a copy hereof to the attorney for each said party as follows:

| | |
|---|---|
| David F. Kirby, Esq.<br>William B. Bystrynski, Esq.<br>Kirby & Holt, LLP<br>Post Office Box 31665<br>Raleigh, North Carolina 27622<br>*Attorneys for Plaintiff* | Daniel J. Callahan, Esq.<br>Brian J. McCormack, Esq.<br>Marc P. Miles, Esq.<br>Callahan & Blaine, APLC<br>3 Hutton Centre Dr., Ste. 900<br>Santa Ana, California 92707<br>*Attorneys for Plaintiff* |

Fred F. Fielding, Esq.
Margaret A. Ryan, Esq.
WILEY REIN & FIELDING, LLP
1776 K Street NW
Washington, DC 20006

Mark A. Ash, Esq.
Kirk G. Warner, Esq.
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL &
   JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602
*Attorneys for Blackwater Lodge and Training Center, Inc., and Blackwater Security Consulting, LLC*

This the __3rd__ day of February, 2005.

                                                        CRANFILL, SUMNER & HARTZOG, L.L.P.