THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CV-48 FL (1)



FILED
FEB 1 1 2005
CLERK
US DISTRICT COURT, EDNC
BY_____ DEP. CLK

| | |
|---|---|
| RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J.K. BATALONA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, JUSTIN L. MCQUOWN, an individual; and THOMAS POWELL, an individual,<br><br>　　　　　Defendants. | **PLAINTIFF'S MOTION FOR REMAND** |

　　　COMES NOW Plaintiff in the above-entitled action, pursuant to 28 U.S.C. § 1447(c), and hereby moves the Court for an Order remanding the above-entitled action back to the North Carolina Superior Court, Wake County. This Motion for Remand is based upon the following grounds:

　　　1.　The Plaintiff's Complaint does <u>not</u> allege any claims which "arise under" the Constitution, laws or treaties of the United States;

　　　2.　The Defendants' anticipated defenses, even if based upon a federal statute or federal preemption, do not provide a basis for removal jurisdiction;

1

3. Neither the Defense Base Act, nor the Longshore and Harbor Workers' Compensation Act, completely preempt any and all state law claims, for the purpose of removal jurisdiction;

4. This U.S. District Court lacks subject matter jurisdiction over the instant action; and

5. The Plaintiff is entitled to recovery of attorneys fees in connection with the Defendants' improper removal of this state court action to federal court, pursuant to 28 U.S.C. § 1447(c).

In support of this Motion for Remand, the Plaintiff concurrently submits herewith the Plaintiff's Memorandum of Law in Support of Motion for Remand.

WHEREFORE, Plaintiff, by his undersigned attorneys, move this Court for an Order remanding the instant action back to the North Carolina Superior Court, Wake County, and an award of attorneys fees in the amount of $12,123, in connection with the Defendants' improper removal.

This 10th day of February 2005.

CALLAHAN & BLAINE, APLC

By: _____
DANIEL J. CALLAHAN (Cal. Bar No. 91490)
BRIAN J. McCORMACK (Cal. Bar No. 167547)
MARC P. MILES (Cal. Bar No. 197741)
3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
(714) 241-4444
Fax: (714) 241-4445
Attorneys for Plaintiff
RICHARD P. NORDAN, as the Ancillary Administrator of the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO

GERALD ZOVKO and WESLEY J.K. BATALONA

**KIRBY & HOLT, LLP**

By: /s/ David F. Kirby

DAVID F. KIRBY (N.C. Bar No. 7841)
WILLIAM B. BYSTRYNSKI (N.C. Bar No. 20883)
P.O. Box 31665
Raleigh, North Carolina 27622
(919) 881-2111
Fax: (919) 781-8630
Attorneys for Plaintiff
RICHARD P. NORDAN, as the Ancillary Administrator of the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J.K. BATALONA

G:\2525\2525-02\Pleadings\Federal\Remand Motion.wpd

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **Plaintiff's Motion for Remand** in the above-entitled action on all of parties to this cause by depositing a copy, postage prepaid, in the United States Mail, addressed as follows:

Fred F. Fielding
Margaret A. Ryan
*Attorneys for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006

Kirk G. Warner
Mark A. Ash
*Attorneys for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
P. O. Box 2611
Raleigh, NC  27602

Ralph J. Caccia
William C. Crenshaw
Don R. Berthiaume
*Attorneys for Justin L. McQuown*
Powell Goldstein, LLP
901 New York Avenue, NW, 3rd Floor
Washington, DC  20001

Patricia L. Holland
Rachel Esposito
*Attorneys for Justin L. McQuown*
Cranfill, Sumner & Hartzog, L.L.P.
P. O. Box 27808
Raleigh, NC  27611-7808

This is 11 day of February, 2005.

David F. Kirby
Kirby & Holt, L.L.P.