THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CV-48 FL (1)



FILED
FEB 11 2005
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| RICHARD P. NORDAN, as Ancillary ) <br> Administrator for the separate Estates of ) <br> STEPHEN S. HELVENSTON, MIKE R. ) <br> TEAGUE, JERKO GERALD ZOVKO and ) <br> WESLEY J.K. BATALONA, ) <br> ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BLACKWATER SECURITY ) <br> CONSULTING, LLC, a Delaware Limited ) <br> Liability Company; BLACKWATER ) <br> LODGE AND TRAINING CENTER, INC., ) <br> a Delaware Corporation, JUSTIN L. ) <br> MCQUOWN, an individual; and THOMAS ) <br> POWELL, an individual, ) <br> ) <br>         Defendants. ) <br> _____) | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 83.1, EDNC, Daniel J. Callahan, Brian J. McCormack, and Marc P. Miles of Callahan & Blaine, APLC, 3 Hutton Centre Drive, Suite 900, Santa Ana, California 92707, appear as counsel for Plaintiff RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J.K. BATALONA in the above-entitled action.

Daniel J. Callahan is a member in good standing of the following courts:

1. United States Supreme Court;

2. Supreme Court of California;

3. Supreme Court of Hawaii;

4. The United States District Court for the District of Hawaii;

5. The United States Court of Appeals for the Ninth Circuit;

6. The United States District Court for the Northern District of California;

7. The United States District Court for the Central District of California;

8. The United States District Court for the Eastern District of California;

9. The United States District Court for the Southern District of California;

10. The United States Tax Court; and

11. The United States District Court for the District of Arizona.

Brian J. McCormack is a member in good standing of the following courts:

1. Supreme Court of California; and

2. The United States District Court for the Central District of California.

Marc P. Miles is a member in good standing of the following courts:

1. Supreme Court of California;

2. United States Court of Appeals for the Ninth Circuit; and

3. The United States District Court for the Central District of California.

The appearance of Mr. Callahan, Mr. McCormack, Mr. Miles and Callahan & Blaine is made in association with David F. Kirby (N.C. Bar No.: 7841) and William B. Bystrynski (N.C. Bar No.: 20883) of the law firm of Kirby & Holt, LLP, P.O. Box 31665, Raleigh, North Carolina 27622, who appear as co-counsel for Plaintiff RICHARD P. NORDAN, as Ancillary

Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J.K. BATALONA in the above-entitled action.

This 10th day of February 2005.

**CALLAHAN & BLAINE, APLC**

By: _____
DANIEL J. CALLAHAN (Cal. Bar No. 91490)
BRIAN J. McCORMACK (Cal. Bar No. 167547)
MARC P. MILES (Cal. Bar No. 197741)
3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
(714) 241-4444
Fax: (714) 241-4445
Attorneys for Plaintiff
RICHARD P. NORDAN, as the Ancillary Administrator of the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J.K. BATALONA

**KIRBY & HOLT, LLP**

By: _____
DAVID F. KIRBY (N.C. Bar No. 7841)
WILLIAM B. BYSTRYNSKI (N.C. Bar No. 20883)
P.O. Box 31665
Raleigh, North Carolina 27622
(919) 881-2111
Fax: (919) 781-8630
Attorneys for Plaintiff
RICHARD P. NORDAN, as the Ancillary Administrator of the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J.K. BATALONA

G:\2525\2525-02\Pleadings\Federal\Ntc of Appearance.wpd

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **Notice of Appearance** in the above-entitled action on all of parties to this cause by depositing a copy, postage prepaid, in the United States Mail, addressed as follows:

Fred F. Fielding
Margaret A. Ryan
*Attorneys for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006

Kirk G. Warner
Mark A. Ash
*Attorneys for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
P. O. Box 2611
Raleigh, NC  27602

Ralph J. Caccia
William C. Crenshaw
Don R. Berthiaume
*Attorneys for Justin L. McQuown*
Powell Goldstein, LLP
901 New York Avenue, NW, 3rd Floor
Washington, DC  20001

Patricia L. Holland
Rachel Esposito
*Attorneys for Justin L. McQuown*
Cranfill, Sumner & Hartzog, L.L.P.
P. O. Box 27808
Raleigh, NC  27611-7808

This is 11 day of February, 2005.

David F. Kirby
Kirby & Holt, L.L.P.