

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:05-CV-48-FL(1)

| | | |
|---|---|---|
| RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J. K. BATALONA, | ) ) ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **DECLARATION OF KEITH FLICKER** |
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, JUSTIN L. McQUOWN, an individual; and THOMAS POWELL, an individual, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Keith Flicker, under penalty of perjury, states that the following is true and correct:

1.      I am over the age of 18 and competent to testify. I have personal knowledge of all statements made herein.

2.      I am a principal at the law firm of Flicker Garelick & Associates LLP, 45 Broadway, New York, New York 10006.

3.      My practice is primarily concerned with issues related to the Longshoremen Harbor and Workers Compensation Act and the Defense Base Act. I have practiced in these areas for 25 years.

4.      I have been retained by Blackwater Security Consulting with respect to the subject litigation.

5.      In that capacity, I obtained copies of records maintained by the U.S. Department of Labor ("DOL") regarding Messrs. Helvenston, Teague, Zovko, and Batalona.

Dockets.Justia.com

6.      The attached copies of the following documents were received by me from the DOL pursuant to my request, are authentic copies of the documents received, are standard DOL forms, and are part of the public record:

A.      *Zovko v. Blackwater Security Consulting*, Dept. of Labor Case No. 02-135369, Compensation Order, Award of Compensation (Oct. 8, 2004), Form LS-19a;

B.      *In re Teague*, Dept. of Labor Memorandum of Informal Conference, Case No. 02-135368, (Feb. 25, 2005), Form LS-280;

C.      Claim for Death Benefits by Dependents of Stephen S. Helvenston, Form LS-262;

D.      Claim for Death Benefits by Dependents of Wesley K. Batalona, Form LS-262;

E.      Compensation Without Award Form for Dependents of Michael Teague, Case No. 02-135368, Form LS-206

F.      Compensation Without Award Form for Dependents of Stephen Helvenston, Case No. 02-135370, Form LS-206

G.      Compensation Without Award Form for Wesley Batalona, Case No. 02-135371, Form LS-206.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Mewch 4 , 2005.

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause as follows:

<u>Hand Delivered</u>
David F. Kirby
William B. Bystrynski
Kirby & Holt, LLP
3201 Glenwood Avenue
Suite 100
Raleigh, North Carolina  276212
Attorneys for Plaintiff

<u>U.S. Mail</u>
Daniel J. Callahan
Brian J. McCormack
Marc P. Miles
Callahan & Blaine, APLC
3 Hutton Centre Drive, Suite 900
Santa Ana, California  92707
Attorneys for Plaintiff

<u>U.S. Mail</u>
Patricia L. Holland
Rachel Esposito
Cranfill, Sumner & Hartzog, LLP
P.O. Box 27808
Raleigh, NC  27611-7808
Attorney for Defendant Justin McQuown

<u>U.S. Mail</u>
Ralph J. Caccia
William C. Crenshaw
Don R. Berthiaume
Powell & Goldstein, LLP
901 New York Avenue, NW
Third Floor
Washington, DC  20001-4413
Attorney for Defendant Justin McQuown

This the 7th day of March, 2005.

Kirk G. Warner

U.S. DEPARTMENT OF LABOR
OFFICE OF WORKERS' COMPENSATION PROGRAMS
DIVISION OF LONGSHORE AND HARBOR WORKERS' COMPENSATION

Jerko Zovko (dec'd)
                            Claimant

            v.

Blackwater Security Consulting
                            Employer

Fidelity & Casualty Co. of N.Y.
                    Insurance Carrier

COMPENSATION ORDER

AWARD OF COMPENSATION

CASE NO: 02-135369

ACT: DBA

IC: 2004 00190


    Pursuant to agreement and stipulation by and between the interested parties and such further investigation in the above entitled claim having been made as is considered necessary, and no hearing having been applied for by any party in interest, or considered necessary by the District Director, the District Director makes the following:

### FINDINGS OF FACT

1.    That on, 3/31/2004 the claimant above-named was in the employ of the employer above-named at its premises in the Second Compensation District, established under the provisions of the Longshore and Harbor Workers' Compensation Act, as amended and extended; that the liability of the employer for compensation under the said Act was insured by Fidelity & Casualty Company of New York / CNA Global.

2.    That on said day the claimant, while performing service as a employee for the employer, sustained injuries resulting in his death and that such death comes within the purview of the above ACT.

3.    The requirement of notice of the injury to the employer has been met.

4.    The employer furnished the claimant with medical treatment, etc., in accordance with provisions of Section 7 of the said ACT.

5.   The average weekly wage of the claimant at the time of injury is not an issue.

6.   As a result of the death of the employee, the employer and the insurance carrier have made sufficient investigation to determine that the deceased has no dependents within the meaning of the Act.

Upon the foregoing findings of fact the District Director makes the following:

A W A R D

1. The employer/carrier shall pay the amount of $5000.00 to the Special Fund as provided for in Section 44 (c)(1) of the Act.

Given under my hand at 201 Varick Street
New York, New York 10014 this 18th day of October, 2004.


Richard V. Robilotti
District Director
2nd Compensation District

Ron Kucenski
Claims Examiner

**CERTIFICATE OF FILING AND SERVICE**

I certify that on October 18, 2004, the foregoing Compensation Order was filed in the Office of the District Director, Second Compensation District, and that a copy thereof was mailed on said date by certified mail to the parties and their representatives at the last known address of each as follows:


Estate of Jerko Zovko
105 Keewaydin Drive
Timberlake, OH 44095


Fidelity & Casualty Co. of N.Y.
CNA Global
333 South Wabash
32S
Chicago, IL 60685


Laughlin, Falbo, Levy & Moresi
39 Drumm Street
San Francisco CA 94111-4805



District Director,
Second Compensation District
U.S. Department of Labor
Office of Workers' Compensation Programs

If any compensation, payable under the terms of an award, is not paid within ten days after it becomes due, there shall be added to such unpaid compensation an amount equal to 20 percent thereof. The additional amount shall be paid at the same time as, but in addition to, such compensation.

The date compensation is due is the date the District Director files the decision or order in his office.

Form LS-19a

**Memorandum of Informal Conference**    **U.S. Department of Labor**
(Under the Longshore and Harbor Workers'    Office Of Workers' Compensation
Compensation Act, As extended)    Post Office Box 249 NY, NY  10014-0249

------------------------------------------------------------

1. Claimant:                    * 2. OWCP File Number
Michael R Teague                *    02-135368
------------------------------------------------------------
3. Employer:                    * 4. Carrier/Employer's Number:
Blackwater Security Consulting * 2004 00187
------------------------------------------------------------
5. Insurance Carrier:
Continental Casualty Company
------------------------------------------------------------
6. Date of Conference            * 7. Date of Injury
02/25/2005                       *    03/31/2004
------------------------------------------------------------
8. Appearances:

[ ] Claimant Present        [X] Claimant not Present

For Claimant:
Nicholas Gianvito for Mrs. Michael Teague (natural mother)
Roger Levy for CNA/Employer
Donna Sprags for CNA
Keith Flicker for Employer

Issues: jurisdiction; payments to son
------------------------------------------------------------
9. The claimant sustained/alleges an accidental injury on the date
in item 7 while working for the above-named employer, under the
circumstances bringing the injury within the purview of the LHWC
Act(33 U.S.C 901 et seq.) or an extension there of resulting in
the following injury(ies): died
------------------------------------------------------------
10. Prior conferences were held on
the employer/carrier have paid compensation in the amount of $
for the following periods: benefits paid since death
------------------------------------------------------------
11. Present Claim: CNA is paying widow benefits and benefits for
son Brandon.
------------------------------------------------------------
12. Employer/Carrier's Position: benefits paid
------------------------------------------------------------
13. Average Weekly Wage (Sec.10) * 14. Compensation rate(2/3 x AWW)
    $5278.00                          $1,047.00

[ ] As stipulated by parties
[ ] As recommended by examiner
------------------------------------------------------------

Form LS-280

```
15. Claimant              *   16. Medical costs related to
    Died                  *       the injury
[ ] Returned to work on   *       ☐ have been paid
[ ] Has not returned to work *      by the employer
[ ] Did not lose time     *       ☐ have not been paid
```
-------------------------------------------------------------------
Upon discussion of the issues involved among those present, together with due consideration to all information in the administrative file, the following recommendation is made.
-------------------------------------------------------------------

### RECOMMENDATION

Compensation is to be paid as follows:

Defense Base Act is the proper jurisdiction.
Mrs. Rhonda Teague has sent check to Attorney Gianvito representing son's payment $259.00 for December, January, and February for $3,110.40.
Mrs. Rhonda Teague's attorney will submit letter regarding future payments for Brandon.
-------------------------------------------------------------------

### FEE

Approved Fee: $

A written application for fee for services rendered has been submitted and duly considered, and accordingly, the above fee (to include expenses) is approved in favor of:.

    [ ] This fee is for an attorney and is made a lien on the
        compensation recommended.
    [ ] There is no lien on the compensation.
    [ ] The fee is to be assessed to the employer or carrier.
-------------------------------------------------------------------

### ACTION BY EMPLOYER/CARRIER

The self-insured employer or insurance carrier is to submit Form LS-206 or LS-208, showing compliance with the above recommendation. Upon completion of payment, a final Form LS-208 is to be submitted.

In the event of controversion, Form LS-207 is to be submitted.

To avoid statutory penalties all required forms should be sent to this office promptly and within the time requirements of the Act.
-------------------------------------------------------------------

Richard V. Robilotti
District Director
Phone#: (646)264-3010
frs

February 25, 2005
Date this Memorandum issued

Form LS-280

02-135370

**Claim for Death Benefits**

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

| 1. Name of deceased employee (First, middle Initial, last) Stephen S Helvenston | For Office Use Only | OWCP Number | Carrier's Number | OMB No. 1215-0160 |
|---|---|---|---|---|

a. Social Security Number (Required by Law)

| 2. Last address of last deceased (Number, street, city, state, ZIP) line 1: 3903 Mesa Dr city: Oceanside st: CA zip: 92056 line 2: # 106 | 8. Place of Death Iraq city: Fallujah st: zip: | 9. Date of Death (mm/dd/yyyy) 03/31/04 |
|---|---|---|

| 3. Name and address of employer (Number, street, city, state, ZIP) name: Blackwater line 1: 850 Puddin Ridge city: Moyock st: NC zip: 27958 line 2: Road | 10. Place where injury occured Iraq city: Fallujah st: zip: | 11. Date of Injury (mm/dd/yyyy) 03/31/04 |
|---|---|---|

| 4. Name and address of undertaker name: Dale Miller line 1: 914 W Main St city: Leesburg st: FL zip: 34748 line 2: | 12. Nature of injury or occupational Illness and cause of death (Give parts of body affected if injured) Killed |
|---|---|

| 5. Amount of undertaker's bill 0 | 6. Amount Paid 0 |
|---|---|

| 7. Name of person paying undertaker's bill N|A | 13. Name and address of last attending physician (or hospital) name: V.A. Hospital line 1: city: San Diego line 2: st: CA zip: |
|---|---|

**14. Widow or widower  X-wife**

| a. Full name and address name: Patricia I by line 1: 3903 Mesa Dr city: Oceanside line 2: # 106 st: CA zip: 92056 | b. Social Security Number (Required by Law) ▬▬▬ | c. Date of birth (mm/dd/yyyy) ▬▬▬ | d. Citizen USA |
|---|---|---|---|

| e. Date married to deceased (mm/dd/yyyy) 05/31/1988 | f. Place of marriage (City, State, Country) city: Virginia Beach st: CA country: USA | g. Signature of widow, widower, and/or guardian of children Patricia Silry | Date (mm/dd/yyy) 04/23/0 |
|---|---|---|---|

**15. Children of deceased (see page 2 for qualification)**

| a. Full name | b. Address | c. Social Security Number (Required by Law) | d. Date of birth (mm/dd/yyyy) | e. Citizens |
|---|---|---|---|---|
| ▬▬▬ | 3903 Mesa Dr #106 city: Oceanside st: CA zip: 92056 | ▬▬▬ | ▬▬▬ | USA |
| ▬▬▬ | 3903 Mesa Dr #106 city: Oceanside st: CA zip: 92056 | ▬▬▬ | ▬▬▬ | USA |
| | city: st: zip: | | | |

**16. All other persons partially or wholly dependent on deceased for support (See page 2 for instructions)**

| | b. income for one year pre-ceding death | | c. Relation-ship | d. Age | e. Depende |
|---|---|---|---|---|---|
| | Source | Amount | | | Wholly Pa |
| a. Full name and address name: line 1: city: line 2: st: zip: | | | | | ☐ |
| Signature Guardian? ☐ | Date (mm/dd/yyyy) | | | | |
| f. Full name and address name: line 1: city: line 2: st: zip: | | | | | ☐ |
| Signature Guardian? ☐ | Date (mm/dd/yyyy) | | | | |

**Important Notice**

Section 31 (a)(1) of the Longshore Act, 33 U.S.C. 931 (a)(1), provides, as follows: Any claimant or representative of a claimant who knowingly and willfully makes a false statement or representation for the purpose of obtaining a benefit or payment under this Act shall be guilty of a felony, and on conviction thereof shall be punished by a fine not to exceed $1,000, by imprisonment not to exceed five years, or by both.

## Instructions:

1. Use this form to claim death benefits under the Longshore and Harbor Workers' Compensation Act, Defense Base Act, Outer Continental Shelf Lands Act, or Nonappropriated Fund Instrumentalities Act. The information provided will be used to determine entitlement to benefits.

2. Submit claim in duplicate to a district office of the Office of Workers' Compensation Programs (OWCP).

3. Individual claims must be filed by or in behalf of each person eligible for benefits [33 U.S.C. 913(a)]. (Included are grandchildren, brothers and sisters under 18 years, parents, step-parents, parents by adoption, parents-in-laws, and any person who for more than one year prior to the employee's death stood in place of a parent to him/her.)

4. Under item 16(b), state all your income for the year preceding death by source (Social Security pension, bonds, etc.) and amount. List separately support deceased furnished you, including the value of any shelter, food, clothing, or other supplies. Use space below or additional sheets if needed.

5. A person other than the claimant may complete claim for the beneficiary.

6. Persons are not required to respond to this collection of information unless it displays a currently valid OMB number.

## Conditions of Eligibility

### Coverage for Death Benefit

A death benefit is payable under the Longshore Act, or related law, if a covered employee dies as a result of work-related injury or occupational disease.

### Who is eligible for a Death Benefit?

1. The deceased worker's widow or widower living with or dependent for support at the time of death; or widow or widower living apart for good cause or because of desertion by worker.

2. Unmarried child(ren) under age 18, or if over 18: (a) was (were) wholly dependent on deceased worker and unable to support self(ves) because of mental or physical disability, or (b) student(s) up to age 23 (must meet certain requirements). Includes a posthumous child, legally adopted child, child to whom deceased acted as parent for one year before injury, stepchild, or acknowledged illegitimate child.

3. If the combined amount due a surviving widow or widower and child or children is not greater than two-thirds (66 and 2/3 percent) of the worker's average weekly wages subject to a maximum benefit of 200 percent of the national average weekly wage, a benefit is payable for any one of the following: Grandchildren, brothers or sisters (if dependent at time of injury), parents, grandparents, or others satisfying legal requirements of dependency. (Consult the Office of Workers' Compensation Programs for more information.)

### What terminates widow's or widower's benefits?

1. Death

2. Remarriage, in which case the widow or widower receives a lump sum payment of two year's compensation.

### What evidence is needed to support a claim?

1. Widow or widower. Proof of marriage to deceased worker. If either party was married before, proof that earlier marriage was legally ended. A certified copy of the final divorce decree, or proof of death of a previous marriage partner may be required before benefits are paid. Certified copy of the death certificate of the deceased worker.

2. Children - Certified copy of birth certificate or Order of Adoption. If a legal guardian has been appointed, a certified copy of the Letters of Guardianship.

### Time requirement of filing claim

Within one year of employee's death. The time may not begin to run, however, until the person claiming the benefit would reasonably have related the employee's death to his or her employment. In case of death due to an occupational disease, a claim may be filed within two years after the claimant becomes aware, or in the exercise of reasonable diligence or by reason of medical advice should have been aware, of the relationship between the employment, the disease and the death.

Use the space below or a separate sheet of paper to continue answers. Please number each answer to correspond to the number of the item being continued.

## Privacy Act Notice

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a) you are hereby notified that (1) the Longshore and Harbor Workers' Compensation Act, as amended and extended (33 U.S.C. 901 et seq.) (LHWCA) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor, which receives and maintains personal information on claimants and their immediate families. (2) Information which the Office has will be used to determine eligibility for and the amount of benefits payable under the LHWCA. (3) Information may be given to the employer who employed the claimant at the time of injury, or to the insurance carrier or other entity which secured the employer's compensation liability. (4) Information may be given to physicians and other medical service providers for use in providing treatment or medical/vocational rehabilitation, making evaluations and for other purposes relating to the medical management of the claim. (5) Information may be given to the Department of Labor's Office of Administrative Law Judges (OALJ), or other person, board or organization, which is authorized or required to render decisions with respect to the claim or other matter arising in connection with the claim. (6) Information may be given to Federal, state and local agencies for law enforcement purposes, to obtain information relevant to a decision under the LHWCA, to determine whether benefits are being or have been paid properly, and, where appropriate, to pursue salary/administrative offset and debt collection actions required or permitted by law. Disclosure of the claimant's Social Security Number (SSN) or tax identifying number (TIN) on this form is mandatory. The SSN and/or TIN and other information maintained by the Office may be used for identification, and for other purposes authorized by law. (8) Failure to disclose all requested information may delay the processing of the claim, the payment of benefits, or may result in an unfavorable decision or reduced level of benefits.

Note: The notice applies to all forms requesting information that you might receive from the Office in connection with the processing and/or adjudication of the claim you filed under the LHWCA and related statutes.

## Public Burden Statement

We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the U.S. Department of Labor, Division of Longshore and Harbor Workers' Compensation, Room C4315, 200 Constitution Avenue, N.W., Washington, DC 20210.   DO NOT SEND THE COMPLETED FORM TO THIS OFFICE

## Certification of Funeral Expenses

### U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

The information provided on this form will be used to determine the amount of funeral expenses that are payable. Completion of the form is required to obtain payment for services performed (20 CFR § 702.121.) Persons are not required to respond to this collection of information unless it contains a currently valid OMB control number.

OMB No. 1215-0027
Expires: 04-30-05

**For Office Use**
1. OWCP No.

2. Carrier's No.

**3. Name of deceased**

| First Name | M.I. | Last Name |
|---|---|---|
| Stephen | S | Helvenston |

**4. Funeral Director (Name, address, ZIP code)**

name: Dale Miller
line 1: 914 W Main St
line 2:
city: Leesburg
state: FL  zip: 34748
country: USA

**5.** Services Performed
(itemize below and enter costs)

**Comments**

Funeral home waived fees

(If additional space is required continue on reverse)

| | |
|---|---|
| Total Bill | 0 |
| Amount Paid | 0 |
| Amount Due | 0 |

**6. I was informed that the above bill would be paid by**

Enter name, address, and relationship to deceased.
name:
line 1:
line 2:
city:
state:  zip:
relationship:
ctry:

**7. This amount,**
$ 7559.76 of the bill was paid by

Enter name, address, and relationship to deceased.
name: Patricia Irby
line 1: 3803 Msc. Dr
line 2: #106
city: Oceanside
state: CA  zip: 92056
relationship: x-wife
ctry: USA

### Certification

I certify that this concern performed the above services and that no further part of this bill has been paid.

It is therefore requested that payment, in accordance with the Longshore and Harbor Workers' Compensation Act or its extensions, be paid for the services indicated above.

**8. Signature and title (Type and sign)**

Patricia Irby

name: Patricia Irby
title: x-wife

**9. Date signed**
4/23/04

### Public Burden Statement

We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and compiling and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the U.S. Department of Labor, Division of Longshore and Harbor Workers' Compensation, Room C4315, 200 Constitution Avenue, N.W., Washington, D.C. 20210. DO NOT SEND COMPLETED FORMS TO THIS OFFICE.

Form LS-265
Rev. May 2002

# Certification of Funeral Expenses

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

| | |
|---|---|
| The information provided on this form will be used to determine the amount of funeral expenses that are payable. Completion of the form is required to obtain payment for services performed (20 CFR § 702.121.) Persons are not required to respond to this collection of information unless it contains a currently valid OMB control number. | OMB No. 1215-0027<br>Expires: 04-30-05<br>**For Office Use**<br>1. OWCP No. |

**3. Name of deceased**

| First Name | M.I. | Last Name |
|---|---|---|
| Stephen | S | Helvenston |

2. Carrier's No.

**4. Funeral Director (Name, address, ZIP code)**

name: Dale Miller
line 1: 914 W Main St
line 2:
city: Leesburg
state: FL zip: 34748
country: USA

**5. Services Performed**
(Itemize below and enter costs)

**Comments**

Funeral home waived fees

(If additional space is required continue on reverse)

| | |
|---|---|
| Total Bill | O |
| Amount Paid | O |
| Amount Due | O |

**6.** I was informed that the above bill would be paid by — Enter name, address, and relationship to deceased.

name:
line 1:
line 2:
city:
state: zip:
relationship:
ctry:

**7.** This amount, $7554.76 of the bill was paid by — Enter name, address, and relationship to deceased.

name: Patricia Irby
line 1: 3803 Mesa Dr
line 2: #106
city: Oceanside
state: CA zip: 92056
relationship: x-wife
ctry: USA

## Certification

I certify that this concern performed the above services and that no further part of this bill has been paid.

It is therefore requested that payment, in accordance with the Longshore and Harbor Workers' Compensation Act or its extensions, be paid for the services indicated above.

**8.** Signature and title (Type and sign) _Patricia Irby_

name: Patricia Irby
title: x-wife

**9.** Date signed 4/23/04

## Public Burden Statement

We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the U.S. Department of Labor, Division of Longshore and Harbor Workers' Compensation, Room C4315, 200 Constitution Avenue, N.W., Washington, D.C. 20210. DO NOT SEND COMPLETED FORMS TO THIS OFFICE.

Form LS-265
Rev. May 2002

02-135371

## Claim for Death Benefits

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

| 1. Name of deceased employee (First, middle initial, last) | For Office Use Only | OWCP Number | Carrier's Number | OMB No. 1215-0160 |
|---|---|---|---|---|
| Wobley JK Battalina | | | | |

a. Social Security Number (Required by Law) 579-73-26xx

2. Last address of last deceased (Number, street, city, state, ZIP)
line 1: 43-961 Pacuils Hui Rd   city: Pacuils
line 2:   st: HI  zip: 9627L

3. Name and address of employer (Number, street, city, state, ZIP)
name: Blackwater Security Consulting
line 1: 850 Puddin Ridge Rd city: Moyock
line 2:   st: NC  zip: 27958

4. Name and address of undertaker
name: Larry Ordo
line 1: 199 Wainaku St  city: Hilo
line 2:   st: HI  zip: 96726

5. Amount of undertaker's bill
$5L08.85

6. Amount Paid
$5L08.85

7. Name of person paying undertaker's bill
June Batalona

8. Place of Death
city: Fallujah
st: Iraq  zip:

9. Date of Death (mm/dd/yyyy) 3/31/04

10. Place where injury occured
city:
st:  zip:

11. Date of Injury (mm/dd/yyyy)

12. Nature of injury or occupational illness and cause of death (Give parts of body affected if injured)
Ballistic + Blast Injuries

13. Name and address of last attending physician (or hospital)
name:
line 1:
line 2:   city:
st:  zip:

### 14. Widow or widower

a. Full name and address   June Batalona
name: 43-961 Pacuils Hui Rd
line 1: POB 191
line 2:   city: Pacuils
st: HI  zip: 9677L

b. Social Security Number (Required by Law)

c. Date of birth (mm/dd/yyyy)

d. Citizenship
Yes

e. Date married to deceased (mm/dd/yyyy) 12-30-75

f. Place of marriage (City, State, Country)
city: Honokaa
country: U.S.  st: HI

g. Signature of widow, widower, and/or guardian of children
June Batalona

Date

### 15. Children of deceased (see page 2 for qualification)

| a. Full name | b. Address | c. Social Security Number (Required by Law) | d. Date of birth (mm/dd/yyyy) | e. Citizenship |
|---|---|---|---|---|
| ▮▮▮▮▮ | 43-961 Pacuils Hui R. city: Pacuils st: HI zip: 9677L | ▮▮▮▮▮ | ▮▮▮▮▮ | Yes |
| | city: st: zip: | | | |
| | city: st: zip: | | | |

### 16. All other persons partially or wholly dependent on deceased for support (See page 2 for instructions)

| a. Full name and address | b. Income for one year preceding death | | c. Relationship | d. Age | e. Dependent | |
|---|---|---|---|---|---|---|
| | Source | Amount | | | Wholly | Partially |
| name: line 1: city: line 2: st: zip: | | | | | ☐ | ☐ |
| Signature | | Date (mm/dd/yyyy) | | | | |
| Guardian? ☐ | | | | | | |
| f. Full name and address name: line 1: city: line 2: st: zip: | | | | | ☐ | ☐ |
| Signature | | Date (mm/dd/yyyy) | | | | |
| Guardian? ☐ | | | | | | |

### Important Notice

Section 31 (a)(1) of the Longshore Act, 33 U.S.C. 931 (a)(1), provides as follows: Any claimant or representative of a claimant who knowingly and willfully makes a false statement or representation for the purpose of obtaining a benefit or payment under this Act shall be guilty of a felony, and on conviction thereof shall be punished by a fine not to exceed $10,000, by imprisonment not to exceed five years, or by both.

This Form Replaces Form LS-263 Which Is Obsolete

Form LS-262

EXAMINED:
U.S. DEPARTMENT OF LABOR
MAY 10 2004

**CERTIFICATE DEATH (OVERSEAS)**
Acte de ... s (D'Outre-Mer)

**NAME OF DECEASED** (Last, First, Middle) Nom du décédé (Nom et prénoms)
Batalona, Wesley-John, Kealoha

**GRADE** Grade

**BRANCH OF SERVICE** Arme
Govt Civ

**SOCIAL SECURITY NUMBER** Numéro de l'Assurance Sociale
575722638

**ORGANIZATION** Organisation
Blackwater Security Consulting 850 Puddin Ridge Rd
Moyock, NC 27958

**NATION** (e.g., United States) Pays
USA

**DATE OF BIRTH** Date de naissance
20 Feb 1956

**SEX** Sexe
[✓] MALE Masculin
[ ] FEMALE Féminin

**RACE** Race

CAUCASOID Caucasique
NEGROID Negroide
[X] OTHER (Specify) Hawaiian
Autre (Spécifier)

**MARITAL STATUS** État Civil

SINGLE Célibataire
[X] MARRIED Marié
WIDOWED Veuf
DIVORCED Divorcé
SEPARATED Séparé

**RELIGION** Culte

[X] PROTESTANT Protestant
CATHOLIC Catholique
JEWISH Juif
OTHER (Specify) Autre (Spécifier)

**NAME OF NEXT OF KIN** Nom du plus proche parent
June Batalona

**RELATIONSHIP TO DECEASED** Parenté du décédé avec le susdit
Wife

**STREET ADDRESS** Domicile à (Rue)
43-961 Paauilo- Hui Road

**CITY OR TOWN AND STATE** (Include ZIP Code) Ville (Code postal compris)
Paauilo, HI 96776

**MEDICAL STATEMENT** Déclaration médicale

**CAUSE OF DEATH** (Enter only once cause per line)
Cause de décès (N'indiquer qu'une cause par ligne)

**INTERVAL BETWEEN ONSET AND DEATH** Intervalle entre l'attaque et le décès

**DISEASE OR CONDITION DIRECTLY LEADING TO DEATH** [1]
Maladie ou condition directement responsable de la mort.
Ballistic and blast injuries | Seconds

**ANTECEDENT CAUSES**
Symptômes précurseurs de la mort.
MORBID CONDITION, IF ANY, LEADING TO PRIMARY CAUSE Condition morbide, s'il y a lieu, menant à la cause primaire
UNDERLYING CAUSE, IF ANY, GIVING RISE TO PRIMARY CAUSE Raison fondamentale, s'il y a lieu, ayant suscité la cause primaire

**OTHER SIGNIFICANT CONDITIONS** [2]
Autres conditions significatives [2]

**MODE OF DEATH** Condition de décès
NATURAL Mort naturelle
ACCIDENT Mort accidentelle
SUICIDE Suicide
[X] HOMICIDE Homicide

**AUTOPSY PERFORMED** Autopsie effectuée [✓] YES Oui  [ ] NO Non
**MAJOR FINDINGS OF AUTOPSY** Conclusions principales de l'autopsie

**NAME OF PATHOLOGIST** Nom du pathologiste
Louis N. Finelli, MAJ, MC, USA

**SIGNATURE** Signature

**DATE** Date
06 Apr 2004

**CIRCUMSTANCES SURROUNDING DEATH DUE TO EXTERNAL CAUSES** Circonstances de la mort suscitées par des causes extérieures

**AVIATION ACCIDENT** Accident à Avion
[ ] YES Oui  [✓] NO Non

**DATE OF DEATH** (Hour, day, month, year) Date de décès (l'heure, le jour, le mois, l'année)
1000, 31 Mar 2004

**PLACE OF DEATH** Lieu de décès
Fallujah, Iraq

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.
J'ai examiné les restes mortels du défunt et je conclus que le décès est survenu à l'heure indiquée et à la suite des causes énumérées ci-dessus.

**NAME OF MEDICAL OFFICER** Nom du médecin militaire ou du médecin sanitaire
Louis N. Finelli

**TITLE OR DEGREE** Titre ou diplôme
Deputy Medical Examiner

EXAMINED:
U.S. DEPARTMENT OF LAB
DLHWC - D.O. 2

**GRADE** Grade
MAJ

**INSTALLATION OR ADDRESS** Installation ou adresse
Dover AFB, DE 19902

MAY 10 2004

**DATE** Date
13 APR 04

**SIGNATURE** Signature

RONALD A. KUCENSKI, C.

[1] State disease, injury or complication which caused death, but not mode of dying such as heart failure, etc.
[2] State conditions contributing to the death, but not related to the disease or condition causing death.
[1] Préciser la nature de la maladie, de la blessure ou de la complication qui a contribué à la mort, mais non la manière de mourir, telle qu'un arrêt du coeur, etc
[2] Préciser la condition qui a contribué à la mort, mais n'ayant aucun rapport avec la maladie ou la condition qui a provoqué la mort.

# Dodo Mortuary, Inc. - Hilo Branch
### 199 Wainaku St., Hilo, HI 96720 - (808)935-5751

April 17, 2004

SERVICE NO. H04-0183

DECEASED NAME Wesley John Kealoha Batalona

DATE OF DEATH   March 31, 2004

PLACE OF DEATH Fallujah, Iraq

..., for embalming you did not approve if you selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain why below.

## STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

### A. CHARGE FOR SERVICES:

| | | |
|---|---|---|
| Basic Services of Fun. Dir. & Staff | $ | 750.00 |
| Embalming | $ | -0- |
| Other Preparation of the Body | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| | $ | 750.00 |
| Visitation at Honokaa LDS Church | $ | 300.00 |
| Funeral Service at Honokaa LDS | $ | 350.00 |
| Memorial Service | $ | -0- |
| Other | $ | -0- |
| Cremation @ Dodo Mortuary | $ | -0- |
| | $ | 650.00 |
| Transfer of remains to Mortuary | $ | 195.00 |
| (Hilo Airport to Mortuary) | $ | -0- |
| Funeral Coach | $ | -0- |
| (or. to Honokaa LDS Ch to | $ | 500.00 |
| Honokaa County Cemetery) | $ | -0- |
| Other | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| | $ | 695.00 |

### B. CHARGES FOR MERCHANDISE:

| | | |
|---|---|---|
| Casket | $ | 3,100.00 |
| Casket (Monterey Going Home Metal) | | |
| Outer Container | $ | -0- |
| Outer Container | | |
| Alternate Container | $ | -0- |
| Alternate Container | | |
| Urn | $ | -0- |
| Other | $ | -0- |
| Other | $ | -0- |
| Other | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| | $ | 3100.00 |

### C. SPECIAL CHARGES:

| | | |
|---|---|---|
| Forwarding of Remains to | $ | -0- |
| Receiving of Remains from | | |
| | $ | -0- |
| Immediate Burial | $ | -0- |
| Direct Cremation | $ | -0- |
| Other | $ | -0- |
| | $ | -0- |

### D. CASH ADVANCES:

| | | |
|---|---|---|
| Cemetery Charges | $ | -0- |
| Grave Labor | $ | -0- |
| Crematory Charges | $ | -0- |
| Engraving of Urn | $ | -0- |
| Refreshments | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| Other | $ | -0- |
| Aloha Airline Chgs. | $ | 206.05 |
| (Honolulu to Hilo) | $ | -0- |
| | $ | -0- |
| $ | | |
| | $ | -0- |
| | $ | -0- |
| | $ | -0- |

We charge you for our services in obtaining:

| | | |
|---|---|---|
| | $ | 206.05 |

### SUMMARY OF CHARGES:

| | | |
|---|---|---|
| A. CHARGES FOR SERVICES | $ | 2,095.00 |
| B. CHARGES FOR MERCHANDISE | $ | 3100.00 |
| C. SPECIAL CHARGES | $ | -0- |
| D. CASH ADVANCES | $ | 206.05 |
| E. SALES TAX, IF APPLICABLE | $ | 207.80 |
| TOTAL FUNERAL HOME CHARGES | $ | 5608.85 |

### LESS CREDIT AND PREPAYMENTS:

| | | |
|---|---|---|
| | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| | $ | -0- |
| TOTAL CREDIT | $ | -0- |
| BALANCE DUE $ | | 5608.85 |

If any law, cemetery or crematory requirements have required the purchase of any of the items listed above the law or requirement is explained below.

To June Batalona
P.O. Box 171
Paauilo, HI 96776

Reason for Embalming

EXAMINED:
U.S. DEPARTMENT OF LABOR
DLHWC – D.O. 2
MAY 10 2004
HONOLULU LICENSING

I hereby agree that I have examined the above stated items and found them to be correct and according to the arrangements requested and I hereby acknowledge and accept of this memorandum and agreement. I hereby represent that I have sufficient funds and assets legally available for payment of cash price and hereby agree and covenant jointly and severally to make payments of $    5608.85    within 10 days. A late charge of 1.5% per month amounting to 18% per year is applied to the unpaid balance beginning 30 days from the date of this agreement. Any additional services or merchandise ordered or requested after the date of this agreement will be considered part of this agreement and will be reflected on the final statement. I acknowledge that I have received the general price list and have been offered to review the casket price list...

Wife

# Payment Of Compensation Without Award

(Longshore and Harbor Workers' Compensation Act, as extended)

## U.S. Department of Labor

Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-0

| | FOR OFFICE USE |
|---|---|
| **NOTE:** This Notice is to be filed with the Deputy Commissioner when the first payment is made. A copy should be sent to the person to whom compensation was paid. This report is required by law (33 U.S.C. 914(c). Failure to report may result in delays in the delivery of benefits. | 1. OWCP No. 02 135368 |
| | 2. CARRIER'S No. 2004 00189 |

3. Name of injured person (First, middle, last - please print or type)
   Michael Teague

4. Address of injured person (Number, street, city, state and ZIP code)
   1229 Woodbridge Drive,  Clarksville, TN 37042

| 5. Date of accident or first illness (Month, day, year) March 31, 2004 | 6. Date disability began (Month, day, year) N/A |
|---|---|

7. Name of injured, or dependents of injured, to whom compensation will be paid
   Rhonda Teague & ▓▓▓▓▓▓▓▓

8.

Average weekly wage $ 5,278.00

multiplied by 2/3 = compensation rate $ 1,030,.78
(Mark if maximum rate is being paid) ☑ Yes

9. Compensation will be paid from - Enter month, day, year.
   April 1, 2004
   until notice is given that payment has been stopped or suspended

10. Date of first payment (Month, day, year.)
    April 16, 2004

11. Has medical care and treatment been provided by a physician or hospital chosen by the injured person?
    (Mark appropriate box)  ☐ Yes  ☐ No

12. Name of employer
    Blackwater Security Consulting

13. Address of employer (Number, street, city, state and ZIP code)
    1660 International Drive, Suite 470, McLean, VA 22102

14. Name of insurance carrier
    The Fidelity & Casualty Company of New York/CNA Global

EXAMINED:
U.S. DEPARTMENT OF LABOR
DLHWC - D.O. 2

JUN 1 4 2004

RONALD A. KUCENSKI, C.E.

15. Authorized signature
    Donna Sprags

16. Title of person whose signature appears in item 15
    Casualty Claims Manager

17. Date signed
    June 4, 2004

## Public Burden Statement

We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of Information Management, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0022), Washington, D.C. 2050

Form LS-206
Rev. Jan. 19-00

WC 8012c (Ed. 11-91) UNIFORM. PRINTING &SUPPLY, INC.

# Payment Of Compensation Without Award
(Longshore and Harbor Workers' Compensation Act, as extended)

## U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-00

| | FOR OFFICE USE |
|---|---|
| NOTE: This Notice is to be filed with the Deputy Commissioner when the first payment is made. A copy should be sent to the person to whom compensation was paid. This report is required by law (33 U.S.C. 914(c). Failure to report may result in delays in the delivery of benefits. | 1. OWCP No.<br>02 135370 |
| | 2. CARRIER'S No.<br>2004 00188 |

3. Name of injured person (First, middle, last - please print or type)
Stephen Helvenston

4. Address of injured person (Number, street, city, state and ZIP code)
P O Box 5526
Oceanside, CA 92052

5. Date of accident or first illness (Month, day, year)
March 31, 2004

6. Date disability began (Month, day, year)
N/A

7. Name of injured, or dependents of injured, to whom compensation will be paid
████████        ████████

8.

Average weekly wage $ 5,278.00

multiplied by 2/3 = compensation rate $ 1,030..78
(Mark if maximum rate is being paid) ☑ Yes

9. Compensation will be paid from - Enter month, day, year.
April 1, 2004
until notice is given that payment has been stopped or suspended

10. Date of first payment (Month, day, year.)
April 26, 2004

11. Has medical care and treatment been provided by a physician or hospital chosen by the injured person?
(Mark appropriate box)    ☑ Yes  ☐ No

12. Name of employer
Blackwater Security Consulting

13. Address of employer (Number, street, city, state and ZIP code)
1660 International Drive, Suite 470, McLean, VA 22102

14. Name of insurance carrier
The Fidelity & Casualty Company of New York/CNA Global

15. Authorized signature
Donna Sprags

16. Title of person whose signature appears in item 15

Casualty Claims Manager

17. Date signed

April 30, 2004

## Public Burden Statement
We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of Information Management, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0022), Washington, D.C. 2050

Form LS-206
Rev. Jan. 19-00

8012c (Ed. 11-91) UNIFORM. PRINTING &SUPPLY. INC.

# Payment Of Compensation Without Award

(Longshore and Harbor Workers' Compensation Act, as extended)

## U.S. Department of Labor

Employment Standards Administration
Office of Workers' Compensation Programs



OMB No. 1215-00

| | |
|---|---|
| **NOTE:** | **This Notice is to be filed with the Deputy Commissioner when the first payment is made. A copy should be sent to the person to whom compensation was paid. This report is required by law (33 U.S.C. 914(c). Failure to report may result in delays in the delivery of benefits.** |

**FOR OFFICE USE**

1. OWCP No.
02 135371
2. CARRIER'S No.
2004  00187

3. Name of injured person (First, middle, last - please print or type)
WESLEY BATALONA

4. Address of injured person (Number, street, city, state and ZIP code)
43-961 PAAUILO-HUI ROAD, PAUUILO, HAWAII 96776

5. Date of accident or first illness (Month, day, year)

MARCH 31, 2004

6. Date disability began (Month, day, year)

7. Name of injured, or dependents of injured, to whom compensation will be paid

JUNE BATALONA & ▮▮▮▮▮▮▮▮▮▮▮

8.

Average weekly wage $5,278.00

multiplied by 2/3 = compensation rate $1,030.78
(Mark if maximum rate is being paid)  ☑ Yes

9. Compensation will be paid from - Enter month, day, year.

APRIL 1, 2004 until notice is given that payment has been stopped or suspended.

10. Date of first payment (Month, day, year.)
JUNE 17, 2004

11. Has medical care and treatment been provided by a physician or hospital chosen by the injured person?

(Mark appropriate box)  ☑ Yes  ☐ No

EXAMINED:
U.S. DEPARTMENT OF L
DLHWC – D.O. 2

JUL - 8 2004

12. Name of employer
BLACKWATER SECURITY CONSULTING

13. Address of employer (Number, street, city, state and ZIP code)
850 PUDDIN RIDGE ROAD, MOYOCK, N C 27958

RONALD A. KUCENSKI,

14. Name of insurance carrier
The FIDELITY & CASUALTY COMPANY OF NEW YORK/CNA GLOBAL

15. Authorized signature

DONNA SPRAGS

16. Title of person whose signature appears in item 15

CASUALTY CLAIMS MANAGER

17. Date signed

JUNE 25, 2004

### Public Burden Statement

We estimate that it will take an average of 15 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of Information Management, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0022), Washington, D.C. 2050

Form LS-206
Rev. Jan. 19-00

8012c (Ed. 11-91) UNIFORM, PRINTING &SUPPLY, INC.