# *United States District Court*

## *Eastern District of North Carolina*

RICHARD NORDAN, as Ancillary
Administrator for the separate Estates
of STEPHEN S. HELVENSTON,
MIKE R. TEAGUE, JERKO GERALD
ZOVKO and WESLEY J.K. BATALONA,
                   Plaintiffs,

        v.

                **Judgment in a Civil Case**
                Case Number: 5:05-CV-48-FL(1)

BLACKWATER SECURITY
CONSULTING, LLC; BLACKWATER
LODGE AND TRAINING CENTER,
INC., and JUSTIN L. McQUOWN,
                   Defendants.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have
been tried or heard and a decision has been rendered.

IT IS ORDERED, ADJUDGED and DECREED that the court GRANTS plaintiff's  motion to
remand, pursuant to 28 U.S.C. 1447 ( c ). Where the court lacks subject matter jurisdiction over
this action , the court DENIES AS MOOT defendants'  motions to dismiss brought under Federal
Rules of Civil Procedure 12(b)(6) and 9(b). This case is hereby REMANDED to the Superior
Court of Wake County, North Carolina. The Clerk is DIRECTED to serve a copy of this order
on the Clerk of Superior Court of Wake County, North Carolina..

SO ORDERED - s/Louise W. Flanagan, Chief United States District Judge

<u>**This Judgment filed and entered on August 11, 2005 and copies mailed to:**</u>

Clerk of Superior Court          Patricia L. Holland
Wake County                   Cranfill Sumner & Hartzog
P. O. Box 351                    P. O. Box 27808
Raleigh, NC 27602           Raleigh, NC 27611-7808

Rachel Esposito
Cranfill Sumner Hartzog
P. O. Box 27808
Raleigh, NC 27611-7808

Kirk Warner
Smith Anderson Blount
P. O. Box 2611
Raleigh, NC 27602-2611

David F. Kirby
Kirby & Holt
P. O. Box 31665
Raleigh, NC 27622-2065

Mark Ash
Smith Anderson Blount
P. O. Box 2611
Raleigh, NC 27602-2611

William Bystrynski
Kirby & Holt
P. O. Box 31665
Raleigh, NC 27622

FRED L BORCH III, CLERK

(by) Deputy Clerk