IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:05-CV-48-FL(1)

| | |
|---|---|
| RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J. K. BATALONA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, JUSTIN L. McQUOWN, an individual; and THOMAS POWELL, an individual,<br><br>　　　　　Defendants. | **DEFENDANTS' BLACKWATER SECURITY CONSULTING, LLC, AND BLACKWATER LODGE AND TRAINING CENTER, INC. NOTICE OF APPEAL** |

FILED AUG 3 0 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, E.D.N.C.
BY ___ DEP CLK

　　Notice is hereby given that Defendants Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc. ("Blackwater") hereby appeal to the United States Court of Appeals for the Fourth Circuit from the August 11, 2005 Order granting Plaintiff Richard P. Nordan's Motion to Remand and denying as moot Blackwater's Motion to Dismiss Plaintiff's Complaint under Federal Rules of Civil Procedure 12(b)(6) and 9(b).

Dockets.Justia.com

This the 30th day of August, 2005.

            WILEY REIN & FIELDING LLP

By: _____*Fred F. Fielding by KGW*_____
     Fred. F. Fielding
     D.C. Bar No. 099296
     Margaret A. Ryan
     CO Bar No. 034687
     1776 K Street NW
     Washington, DC  20006
     (202) 719-7000 (O)
     (202) 719-7049 (F)


        SMITH, ANDERSON, BLOUNT, DORSETT,
            MITCHELL & JERNIGAN, LLP

By: _____
     Kirk G. Warner
     N.C. State Bar No. 16238
     Mark A. Ash
     N.C. State Bar No. 13967
     P.O. Box 2611
     Raleigh, North Carolina 27602
     (919) 821-1220 (O)
     (919) 821-6800 (F)


*Attorneys for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause by facsimile and U.S. Mail, addressed to the following parties:

>David F. Kirby
>William B. Bystrynski
>Kirby & Holt, LLP
>3201 Glenwood Avenue
>Suite 100
>Raleigh, North Carolina 276212
>Attorneys for Plaintiff
>
>Daniel J. Callahan
>Brian J. McCormack
>Marc P. Miles
>Callahan & Blaine, APLC
>3 Hutton Centre Drive, Suite 900
>Santa Ana, California 92707
>Attorneys for Plaintiff
>
>Patricia L. Holland
>Rachel Esposito
>Cranfill, Sumner & Hartzog, LLP
>P.O. Box 27808
>Raleigh, NC 27611-7808
>Attorney for Defendant Justin McQuown
>
>Ralph J. Caccia
>William C. Crenshaw
>Don R. Berthiaume
>Powell & Goldstein, LLP
>901 New York Avenue, NW
>Third Floor
>Washington, DC 20001-4413
>Attorney for Defendant Justin McQuown

This the 30th day of August, 2005.

_____
Kirk G. Warner

#815088_1.DOC