Nordan, et al v. Blackwater Security, et al — Doc. 38
Case 5:05-cv-00048-FL   Document 38   Filed 09/09/2005   Page 1 of 3
COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:05-CV-48-FL(1)



FILED
SEP 0 9 2005
FRED L BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J. K. BATALONA,<br><br>Plaintiff,<br><br>v.<br><br>BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, JUSTIN L. McQUOWN, an individual; and THOMAS POWELL, an individual,<br><br>Defendants. | **DEFENDANT JUSTIN L. MCQUOWN'S NOTICE OF APPEAL** |

Notice is hereby given that Defendant Justin L. McQuown hereby appeals to the United States Court of Appeals for the Fourth Circuit from the August 11, 2005 Order granting Plaintiff Richard P. Nordan's Motion to Remand and denying as moot McQuown's Motion to Dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6).

1

This the 9TH day of September, 2005.

                POWELL GOLDSTEIN, LLP

By: _____
William C. Crenshaw
D.C. Bar No. 968545
Ralph J. Caccia
D.C. Bar No. 412557
901 New York Avenue, N.W.
Third Floor
Washington, DC 20001
Tel. (202) 347-9090
Fax (202) 624-3910


                CRANFILL, SUMNER & HARTZOG, LLP

By: _____
Patricia L. Holland
N.C. State Bar No. 8816
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Tel. (919) 828-5100
Fax. (919) 828-2277

*Attorneys for Justin L. McQuown.*

2

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause by facsimile and U.S. Mail, addressed to the following parties:

> David F. Kirby
> William B. Bystrynski
> Kirby & Holt, LLP
> Post Office Box 31665
> 3201 Glenwood Avenue
> Suite 100
> Raleigh, North Carolina 27612
>
> Daniel J. Callahan
> Brian J. McCormack
> Marc P. Miles
> Callahan & Blaine, APLC
> 3 Hutton Centre Drive, Suite 900
> Santa Ana, California 92707
>
> *Attorneys for Plaintiff Richard P. Norton*
>
>
> Fred. F. Fielding
> Margaret A. Ryan
> Wiley Rein & Fielding LLP
> 1776 K Street NW
> Washington, DC 20006
>
> Kirk G. Warner
> Mark A. Ash
> Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
> P.O. Box 2611
> Raleigh, North Carolina 27602
>
> *Attorneys for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*

This the 9th day of September, 2005.