UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 19, 2005

FILED
SEP 2 8 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 05-2033
CA-05-48-5-FL

RICHARD P. NORDAN, as Ancillary Administrator for the
separate Estates of Stephen S. Helvenston, Mike R. Teague,
Jerko Gerald Zovko and Wesley J.K. Batalona

      Plaintiff - Appellee

      and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF MIKE R. TEAGUE;
ESTATE OF JERKO GERALD ZOVKO; ESTATE OF WESLEY J.K. BATALONA

      Plaintiffs

  v.

BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited
Liability Company; BLACKWATER LODGE AND TRAINING CENTER,
INCORPORATED, a Delaware corporation

      Defendants - Appellants

      and

JUSTIN L. MCQUOWN, an individual; THOMAS POWELL

      Defendants

No. 05-2034
CA-05-48-5-FL

RICHARD P. NORDAN, as Ancillary Administrator for the
separate Estates of Stephen S. Helvenston, Mike R. Teague,
Jerko Gerald Zovko and Wesley J.K. Batalona

      Plaintiff - Appellee

      and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF MIKE R. TEAGUE;
ESTATE OF JERKO GERALD ZOVKO; ESTATE OF WESLEY J.K. BATALONA

      Plaintiffs