UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
December 15, 2005

No. 05-1949
CA-05-48-5

In Re: BLACKWATER SECURITY CONSULTING, LLC, a Delaware
Limited Liability Company; BLACKWATER LODGE AND
TRAINING CENTER, INCORPORATED, a Delaware Corporation

   Petitioners

No. 05-1992
CA-05-48-5

In Re: JUSTIN L. MCQUOWN

   Petitioner

---------
O R D E R
---------

Nordan, et al v. Blackwater Security, et al                          Doc. 40

   The Court consolidates the above cases for further appellate action.

               For the Court,

               /s/ Patricia S. Connor
               _____
                  CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
   Deputy Clerk

SCANNED