FILED: January 12, 2006

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1949(L)
(CA-05-48-5) *FL*

In Re: BLACKWATER SECURITY CONSULTING, LLC,
a Delaware Limited Liability Company;
BLACKWATER LODGE AND TRAINING CENTER,
INCORPORATED, a Delaware Corporation,

                 Petitioners.

No. 05-1992
(CA-05-48-5)

In Re: JUSTIN L. MCQUOWN,

                 Petitioner.

No. 05-2033(L)
(CA-05-48-5-FL)

RICHARD P. NORDAN, as Ancillary Administrator
for the separate Estates of Stephen S.
Helvenston, Mike R. Teague, Jerko Gerald
Zovko and Wesley J.K. Batalona,

              Plaintiff - Appellee,

and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF
MIKE R. TEAGUE; ESTATE OF JERKO GERALD ZOVKO;
ESTATE OF WESLEY J.K. BATALONA,

    Plaintiffs,

versus

BLACKWATER SECURITY CONSULTING, LLC, a
Delaware Limited Liability Company;
BLACKWATER LODGE AND TRAINING CENTER,
INCORPORATED, a Delaware corporation,

                                    Defendants - Appellants,

and

JUSTIN L. MCQUOWN, an individual; THOMAS
POWELL

       Defendants.

------------------------------

PROFESSIONAL SERVICES COUNCIL; INTERNATIONAL
PEACE OPERATIONS ASSOCIATION; AMERICAN
INTERNATIONAL GROUP, INCORPORATED,

       Amici Supporting Appellant

No. 05-2034
(CA-05-48-5-FL)

RICHARD P. NORDAN, as Ancillary Administrator
for the separate Estates of Stephen S.
Helvenston, Mike R. Teague, Jerko Gerald
Zovko and Wesley J.K. Batalona,

                                    Plaintiff - Appellee,

and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF MIKE R. TEAGUE;
ESTATE OF JERKO GERALD ZOVKO; ESTATE OF WESLEY J.K. BATALONA

       Plaintiffs

versus

JUSTIN L. MCQUOWN, an individual,

                                      Defendant - Appellant,

and

BLACKWATER SECURITY CONSULTING, LLC, a
Delaware Limited Liability Company;
BLACKWATER LODGE AND TRAINING CENTER,
INCORPORATED, a Delaware corporation; THOMAS
POWELL,

    Defendants.

-------------------------

PROFESSIONAL SERVICES COUNCIL; INTERNATIONAL PEACE
OPERATIONS ASSOCIATION; AMERICAN INTERNATIONAL GROUP,
INCORPORATED,

    Amici Supporting Appellant

---

O R D E R

---

Appellee Richard P. Nordan has filed a motion for consolidation of the above-referenced cases. Appellants consent to the motion.

The Court grants the motion for consolidation.

                              For the Court - By Direction

                              /s/ Patricia S. Connor

                                              Clerk