JUDGMENT

FILED: August 24, 2006

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 05-2033
CA-05-48-5-FL



RICHARD P. NORDAN, as Ancillary Administrator for the
separate Estates of Stephen S. Helvenston, Mike R. Teague,
Jerko Gerald Zovko and Wesley J.K. Batalona

    Plaintiff - Appellee

    and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF MIKE R. TEAGUE;
ESTATE OF JERKO GERALD ZOVKO; ESTATE OF WESLEY J.K. BATALONA

    Plaintiffs

  v.

BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited
Liability Company; BLACKWATER LODGE AND TRAINING CENTER,
INCORPORATED, a Delaware corporation

Nordan, et al v. Blackwater Security, et al     Doc. 43

    Defendants - Appellants

    and

JUSTIN L. MCQUOWN, an individual; THOMAS POWELL

    Defendants

--------------------------

PROFESSIONAL SERVICES COUNCIL; INTERNATIONAL PEACE
OPERATIONS ASSOCIATION; AMERICAN INTERNATIONAL GROUP,
INCORPORATED

    Amici Supporting Appellant

No. 05-2034
CA-05-48-5-FL

A True Copy, Teste:
Patricia S. Connor, Clerk
BY *Diane Burke*
    Deputy Clerk

RICHARD P. NORDAN, as Ancillary Administrator for the
separate Estates of Stephen S. Helvenston, Mike R. Teague,
Jerko Gerald Zovko and Wesley J.K. Batalona

   Plaintiff - Appellee

  and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF MIKE R. TEAGUE;
ESTATE OF JERKO GERALD ZOVKO; ESTATE OF WESLEY J.K. BATALONA

   Plaintiffs

 v.

JUSTIN L. MCQUOWN, an individual

   Defendant - Appellant

  and

BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited
Liability Company; BLACKWATER LODGE AND TRAINING CENTER,
INCORPORATED, a Delaware corporation; THOMAS POWELL

   Defendants

-------------------------

PROFESSIONAL SERVICES COUNCIL; INTERNATIONAL PEACE
OPERATIONS ASSOCIATION; AMERICAN INTERNATIONAL GROUP,
INCORPORATED

   Amici Supporting Appellant

--------------------
Appeals from the United States District Court for the
Eastern District of North Carolina at Raleigh
--------------------

  In accordance with the written opinion of this Court filed this day, the Court dismisses these appeals.

  A certified copy of this judgment will be provided to the District Court upon issuance of the mandate.  The judgment will

take effect upon issuance of the mandate.

/s/ Patricia S. Connor
---
CLERK