UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 16, 2006

No. 05-2033
CA-05-48-5-FL

RICHARD P. NORDAN, as Ancillary Administrator for the
separate Estates of Stephen S. Helvenston, Mike R. Teague,
Jerko Gerald Zovko and Wesley J.K. Batalona

    Plaintiff - Appellee



    and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF MIKE R. TEAGUE;
ESTATE OF JERKO GERALD ZOVKO; ESTATE OF WESLEY J.K. BATALONA

    Plaintiffs

  v.

BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited
Liability Company; BLACKWATER LODGE AND TRAINING CENTER,
INCORPORATED, a Delaware corporation

    Defendants - Appellants

    and

JUSTIN L. MCQUOWN, an individual; THOMAS POWELL

    Defendants

---------------------------

PROFESSIONAL SERVICES COUNCIL; INTERNATIONAL PEACE
OPERATIONS ASSOCIATION; AMERICAN INTERNATIONAL GROUP,
INCORPORATED

    Amici Supporting Appellant

No. 05-2034
CA-05-48-5-FL

RICHARD P. NORDAN, as Ancillary Administrator for the
separate Estates of Stephen S. Helvenston, Mike R. Teague,
Jerko Gerald Zovko and Wesley J.K. Batalona

        Plaintiff - Appellee

    and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF MIKE R. TEAGUE; ESTATE OF JERKO GERALD ZOVKO; ESTATE OF WESLEY J.K. BATALONA

        Plaintiffs

  v.

JUSTIN L. MCQUOWN, an individual

        Defendant - Appellant

    and

BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INCORPORATED, a Delaware corporation; THOMAS POWELL

        Defendants

---------------------------

PROFESSIONAL SERVICES COUNCIL; INTERNATIONAL PEACE OPERATIONS ASSOCIATION; AMERICAN INTERNATIONAL GROUP, INCORPORATED

        Amici Supporting Appellant

---------------

M A N D A T E

---------------

The judgment of this Court, entered 8/24/06, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

                                    /s/ Patricia S. Connor
                                    -----------------------
                                            CLERK