UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 16, 2006

No. 05-2033
CA-05-48-5-FL

RICHARD P. NORDAN, as Ancillary Administrator for the
separate Estates of Stephen S. Helvenston, Mike R. Teague,
Jerko Gerald Zovko and Wesley J.K. Batalona

        Plaintiff - Appellee

  and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF MIKE R. TEAGUE;
ESTATE OF JERKO GERALD ZOVKO; ESTATE OF WESLEY J.K. BATALONA

        Plaintiffs

  v.

BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited
Liability Company; BLACKWATER LODGE AND TRAINING CENTER,
INCORPORATED, a Delaware corporation

        Defendants - Appellants



Nordan, et al v. Blackwater Security, et al                                        Doc. 45

  and

JUSTIN L. MCQUOWN, an individual; THOMAS POWELL

        Defendants

--------------------------

PROFESSIONAL SERVICES COUNCIL; INTERNATIONAL PEACE
OPERATIONS ASSOCIATION; AMERICAN INTERNATIONAL GROUP,
INCORPORATED

        Amici Supporting Appellant

No. 05-2034
CA-05-48-5-FL

RICHARD P. NORDAN, as Ancillary Administrator for the
separate Estates of Stephen S. Helvenston, Mike R. Teague,

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
Deputy Clerk

Jerko Gerald Zovko and Wesley J.K. Batalona

    Plaintiff - Appellee

  and

ESTATE OF STEPHEN S. HELVENSTON; ESTATE OF MIKE R. TEAGUE;
ESTATE OF JERKO GERALD ZOVKO; ESTATE OF WESLEY J.K. BATALONA

    Plaintiffs

  v.

JUSTIN L. MCQUOWN, an individual

    Defendant - Appellant

  and

BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited
Liability Company; BLACKWATER LODGE AND TRAINING CENTER,
INCORPORATED, a Delaware corporation; THOMAS POWELL

    Defendants

-----------------------------

PROFESSIONAL SERVICES COUNCIL; INTERNATIONAL PEACE
OPERATIONS ASSOCIATION; AMERICAN INTERNATIONAL GROUP,
INCORPORATED

    Amici Supporting Appellant

FILED OCT 18 2006

O R D E R

Appellee has filed a bill of costs.

The Court awards $496.00 in costs. An itemized statement of costs is attached to this order. A certified copy of this order shall issue to the clerk of the district court for inclusion in this Court's mandate.

                    For the Court - By Direction

                    /s/ Patricia S. Connor
                          CLERK

To be filed by: 09/07/06

ldjl

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED

SEP 7 2006

US Court of Appeals
4th Circuit

Re: 05-2033 Nordan v. Blackwater Security
    CA-05-48-5-FL

   05-2034 Nordan v. McQuown
   CA-05-48-5-FL

====================================================================
            SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.
====================================================================
                          BILL OF COSTS

The Clerk is requested to tax the following costs against: [

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | CLAIMED | TAXED Court Use |
|---|---|---|
| Docketing Fee | $ | $ |
| Printing Appendix [ ] Pages | | |
| Printing Appellant's Brief [ ] Pages | | |
| Printing Appellee's Brief [ ] Pages | | 496.00 |
| Printing Appellant's Reply Brief [ ] Pages | | |
| TOTAL AMOUNT | $ | $ 496.00 |

If costs are sought for or against the United States, agency or officer, cite statutory authority.

====================================================================
I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

Date 9-6-06     | Signature    | (For) Name of Claiming Party
                                  Appellee Richard P. Nordan

**Certificate of Service**

I certify that on 9-6-06 [date] I mailed a copy of the bill of costs form to counsel at the address shown below:

See Attached Mailing List

Signature

# BILL OF COSTS

*Nordan v. Blackwater Security Consulting, et al.* (05-2033/34)
*In Re: Blackwater Security Consulting* (05-1949)
*In Re: Justin L. McQuown* (05-1992)

| Date | Name of Document | Pages Per Copy | No. of Copies Filed* | No. of Copies Served* | Total Pages |
|---|---|---|---|---|---|
| 09/22/05 | Respondent's Answer to Petition for Writ of Mandamus re: Blackwater Security Consulting, LLC | 37 | 8 | 8 | 592 |
| 09/22/05 | Respondent's Appendix re Petition for Writ of Mandamus re: Blackwater Security Consulting, LLC | 144 | 6 | 4 | 1440 |
| 09/22/05 | Respondent's Answer to Petition for Writ of Mandamus re: Justin McQuown | 37 | 8 | 8 | 592 |
| 09/22/05 | Respondent's Appendix re Petition for Mandamus re: Justin McQuown | 39 | 6 | 4 | 390 |
| 10/05/05 | Respondent's Answer to Blackwater's Motion to Stay North Carolina State Court Action | 25 | 4 | 4 | 200 |
| 10/10/05 | Motion to Dismiss for Lack of Appellate Jurisdiction | 41 | 4 | 4 | 328 |
| 10/10/05 | Respondent's Supplemental Answer to Motion to Stay North Carolina State Court Action | 6 | 4 | 4 | 48 |
| 11/01/05 | Reply to Opposition to Motion to Dismiss for Lack of Appellate Jurisdiction | 14 | 4 | 4 | 112 |
| 11/18/05 | Appellee's Response to Motion for Leave to File an Amicus Curiae Brief on behalf of AIG | 16 | 4 | 6 | 160 |
| 11/23/05 | Appellee's Response to Motion for Leave to File an Amicus Curiae Brief on Behalf of Professional Services Council and International Peace Operations Association | 9 | 4 | 6 | 90 |
| 12/05/05 | Appellee's Answer Brief | 65 | 8 | 12 | 1300 |
| 01/08/06 | Motion to Consolidate Appeals with Petitions for Writ of Mandamus | 8 | 4 | 6 | 80 |
| 01/11/06 | Motion to Strike Portions of Appellant's Appendix | 5 | 4 | 6 | 50 |
| 01/20/06 | Answer Brief re: Consolidated Petitions for Writ of Mandamus | 57 | 8 | 12 | 1140 |

* **Number of Copies:**
Appendices:   File 6 and Serve 1/party
Briefs:   File 8 and Serve 2/party
Motions:   File 4 and Serve 1/party

Total Pages:   6522
Cost Per Page:   $   .19
Sub total   $1,239.18

**TOTAL w/Tax**   **$1,335.24**

**Clear Copy Corporation**
2781 W. Mac Arthur Blvd.-B#283
Santa Ana, CA 92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 090501
Invoice Date: Sep 22, 2005
Page: 1

| Bill To: | Ship To: |
|---|---|
| Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 | Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1000 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 10/22/05 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | 2525-02 | | |
| 592.00 | 003 | GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 112.48 |
| 1,440.00 | 003 | GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 273.60 |
| 592.00 | 003 | GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 112.48 |
| 390.00 | 003 | GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 74.10 |

| | | |
|---|---|---|
| | Subtotal | 572.66 |
| | Sales Tax | 44.38 |
| | Total Invoice Amount | 617.04 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | TOTAL | 617.04 |

Overdue invoices are subject to late charges.

**Clear Copy Corporation**
2781 W. Mac Arthur Blvd.-B#283
Santa Ana, CA 92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 100502
Invoice Date: Oct 5, 2005
Page: 1

**Bill To:**
Callahn & Blaine, APLC
3 Hutton Centre Dr., Suite 900
Santa Ana, CA 92707

**Ship To:**
Callahn & Blaine, APLC
3 Hutton Centre Dr., Suite 900
Santa Ana, CA 92707

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1000 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 11/4/05 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 200.00 | 003 | 2525-02<br>GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 38.00 |

| | | |
|---|---|---|
| | Subtotal | 38.00 |
| | Sales Tax | 2.95 |
| | Total Invoice Amount | 40.95 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | TOTAL | 40.95 |

Overdue invoices are subject to late charges.

**Clear Copy Corporation**
2781 W. Mac Arthur Blvd.-B#283
Santa Ana, CA  92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 100503
Invoice Date: Oct 10, 2005
Page: 1

**Bill to:**
Callahn & Blaine, APLC
3 Hutton Centre Dr., Suite 900
Santa Ana, CA  92707

**Ship to:**
Callahn & Blaine, APLC
3 Hutton Centre Dr., Suite 900
Santa Ana, CA  92707

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1000 |  | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | Hand Deliver |  | 11/9/05 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 328.00 | 003 | 2525-02<br>GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 62.32 |
| 48.00 | 003 | GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 9.12 |

|  | Amount |
|---|---|
| Subtotal | 71.44 |
| Sales Tax | 5.54 |
| Total Invoice Amount | 76.98 |
| Payment/Credit Applied |  |
| TOTAL | 76.98 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Clear Copy Corporation**
2781 W. Mac Arthur Blvd.-B#283
Santa Ana, CA 92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 110504
Invoice Date: Nov 1, 2005
Page: 1

| Bill To: | Ship to: |
|---|---|
| Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 | Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 |

| Customer ID | P/Comp PO | Payment Terms |
|---|---|---|
| 1000 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 12/1/05 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 112.00 | 003 | 2525-02<br>GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 21.28 |

| | |
|---|---|
| Subtotal | 21.28 |
| Sales Tax | 1.65 |
| Total Invoice Amount | 22.93 |
| Payment/Credit Applied | |
| TOTAL | 22.93 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Clear Copy Corporation**
2781 W. Mac Arthur Blvd.-B#283
Santa Ana, CA 92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 110505
Invoice Date: Nov 18, 2005
Page: 1

| Bill to: | Ship to: |
|---|---|
| Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 | Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1000 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 12/18/05 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 160.00 | 003 | 2525-02<br>GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 30.40 |

| | Subtotal | 30.40 |
|---|---|---|
| | Sales Tax | 2.36 |
| | Total Invoice Amount | 32.76 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | TOTAL | 32.76 |

Overdue invoices are subject to late charges.

**Clear Copy Corporation**
2781 W. Mac Arthur Blvd.-B#283
Santa Ana, CA 92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 110506
Invoice Date: Nov 23, 2005
Page: 1

| Bill To: | Ship To: |
|---|---|
| Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 | Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1000 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 12/23/05 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 90.00 | 003 | 2525-02<br>GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 17.10 |
| | | Subtotal | | 17.10 |
| | | Sales Tax | | 1.33 |
| | | Total Invoice Amount | | 18.43 |
| | | Payment/Credit Applied | | |
| | | TOTAL | | 18.43 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Clear Copy Corporation**
2781 W. Mac Arthur Blvd.-B#283
Santa Ana, CA 92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 120507
Invoice Date: Dec 5, 2005
Page: 1

**Bill To:**
Callahn & Blaine, APLC
3 Hutton Centre Dr., Suite 900
Santa Ana, CA 92707

**Ship to:**
Callahn & Blaine, APLC
3 Hutton Centre Dr., Suite 900
Santa Ana, CA 92707

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1000 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 1/4/06 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,300.00 | 003 | 2525-02<br>GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 247.00 |
| | | Subtotal | | 247.00 |
| | | Sales Tax | | 19.14 |
| | | Total Invoice Amount | | 266.14 |
| | | Payment/Credit Applied | | |
| | | TOTAL | | 266.14 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Clear Copy Corporation**
2781 W. MacArthur Blvd.-B#283
Santa Ana, CA 92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 010608
Invoice Date: Jan 8, 2006
Page: 1

**Bill To:**
Calahn & Blaine, APLC
3 Hutton Centre Dr., Suite 900
Santa Ana, CA 92707

**Ship To:**
Calahn & Blaine, APLC
3 Hutton Centre Dr., Suite 900
Santa Ana, CA 92707

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1000 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 2/7/06 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 80.00 | 003 | 2525-02<br>GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 15.20 |
| | | Subtotal | | 15.20 |
| | | Sales Tax | | 1.18 |
| | | Total Invoice Amount | | 16.38 |
| | | Payment/Credit Applied | | |
| | | TOTAL | | 16.38 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Clear Copy Corporation**
2781 W. Mac Arthur Blvd.-B#283
Santa Ana, CA 92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 010609
Invoice Date: Jan 11, 2006
Page: 1

| Bill to: | Ship to: |
|---|---|
| Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 | Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1000 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Hand Deliver | | 2/10/06 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 50.00 | 003 | 2525-02<br>GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 9.50 |

| | | |
|---|---|---|
| | Subtotal | 9.50 |
| | Sales Tax | 0.74 |
| | Total Invoice Amount | 10.24 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | TOTAL | 10.24 |

Overdue invoices are subject to late charges.

**Clear Copy Corporation**
2781 W. Mac Arthur Blvd.-B#283
Santa Ana, CA 92704
USA

Voice:
Fax:

# INVOICE

Invoice Number: 010610
Invoice Date: Jan 20, 2006
Page: 1

| Bill To: | Ship To: |
|---|---|
| Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 | Callahn & Blaine, APLC<br>3 Hutton Centre Dr., Suite 900<br>Santa Ana, CA 92707 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1000 | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Hand Deliver | | 2/19/06 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,140.00 | 003 | 2525-02<br>GRADE C: HEAVY LITIGATION (Single or double sided originals that include tabs, slip-sheets, stapled or clipped sections of fewer than 15 pages. Some glass work | 0.19 | 216.60 |

| | | |
|---|---|---|
| | Subtotal | 216.60 |
| | Sales Tax | 16.79 |
| | Total Invoice Amount | 233.39 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **233.39** |

Overdue invoices are subject to late charges.

## MAILING LIST

C. Allen Foster, Esq.
Eric C. Rowe, Esq.
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006

Kirk G. Warner
Mark A. Ash
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
P.O. Box 2611
Raleigh, NC 27602

Ralph J. Caccia
William C. Crenshaw
Don R. Berthiaume
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W., Third Floor
Washington, DC 20001

Patricia L. Holland
Rachel Esposito
CRANFILL, SUMNER & HARTZOG, LLP
P.O. Box 27808
Raleigh, NC 27611-7808

David C. Hammond
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Keith L. Flicker
FLICKER, GARELICK & ASSOC. LLP
45 Broadway
New York, NY 10006